ASHETON B. CALL, P.C.
2950 North Dobson Road, Suite #6
Chandler, Arizona 85224
Asheton B. Call #016872
Telephone (480) 969-7999
Facsimile (480) 892-6015
acall@callbklaw.com

Dated: April 20, 2009

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge

Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRIAN COBY SNOW,<br># XXX-XX-1388<br><br>and<br><br>DONNA JEAN MARTIN,<br># XXX-XX-3180<br>                   Debtors. | In Proceedings Under<br>Chapter 13<br><br>Case No. 4-08-bk-13294 PL EWH<br><br>**ORDER CONFIRMING CHAPTER 13 PLAN, APPOINTING TRUSTEE, DIRECTING PAYMENTS, AND FIXING COMMISSIONS AND EXPENSES OF TRUSTEE** |

This proceeding coming on regularly to be heard by the Court: the Debtors represented by counsel, Asheton B. Call, P.C.; and the Court having considered the entire record before it:

**THE COURT FINDS AS FOLLOWS:**

1) The Debtors' Chapter 13 Plan filed September 30, 2008 has been accepted in writing, or is deemed to have been accepted, by the creditors whose acceptance is required by law.

2) The Plan has been proposed and its acceptance procured in good faith and not by any means, promises or acts forbidden by law.

3) The Plan is in the best interest of the creditors and is feasible taking into account the Statement filed by the Debtors.

4) The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each unsecured claim is not less than the amount that would be paid on such claim,

if the estate of the Debtors was liquidated under Chapter 7, Title 11, United States Code, on such date. The Plan accommodates payments to the unsecured creditors at pro rata of the amount due.

5) The Debtors will be able to make all payments under the Plan and comply with the Plan.

6) Creditor secured by first lien on residence, Countrywide Home Loans Servicing, L.P. to receive regular monthly payments outside of the Plan, directly from the Debtors and are included in the Debtors' monthly budget. Arrears accrued through the date of the petition of $4,994.67 to be paid in full through the Trustee, pursuant to the mortgagee's allowed proof of claim.

Creditor secured by second lien on residence, Homecomings Financial, to receive regular monthly payments outside of the Plan, directly from the Debtors and are included in the Debtors' monthly budget. Arrears accrued through the date of the petition to be paid in full through the Trustee, pursuant to the mortgagee's allowed proof of claim. ($1,540.10)

Homeowners association creditor, Norris Management, to receive regular monthly payments outside of the Plan, directly from the Debtors and are included in the Debtors' monthly budget. No arrears.

The accrued arrears to be cured within the length of the Plan on a concurrent and pro rata basis.

Any proceeds from the sale of the Debtors' residence, over and above the Debtors' $136,875.00 homestead exemption, to be turned over to the Trustee.

7) Creditor secured by a 2005 Chevrolet Avalanche, GMAC, to be paid its account balance, $19,745.00, in full, through the Trustee, with interest at 4.90%, in monthly installments of $180.00, accruing from month one of the confirmed Plan, with payments to increase pro rata.

Creditor secured by a 2006 Harley-Davidson, Systems & Services Technology, to be paid its account balance, $18,552.77, in full, through the Trustee, with interest at 9.0%, in monthly

installments of $146.00, accruing from month one of the confirmed Plan, with payments to increase pro rata.

  8) Based on the figures presented, the Trustee estimates a 60-month duration of Plan payments.

  9) Tax claims to be paid as follows:

  a. Paid as priority claims.

| Year | Amount |
|---|---|
| 2004 Arizona State income taxes | $ 489.48 |
| 2005 Arizona State income taxes | $ 1,873.07 |
| 2006 Arizona State income taxes | $ 2,046.95 |
| 2007 Arizona State income taxes | $ 856.92 |
| 2004 Federal Income taxes | $ 3,074.47 |
| 2005 Federal Income taxes | $ 3,093.28 |
| 2006 Federal Income taxes | $ 8,624.60 |

  b. Tax claims upon which interest pursuant to IRC Sections 6621 and 6622 are to be paid:

| Year | Amount |
|---|---|
| -0- | |

All tax liens placed by the respective tax agencies to be released and extinguished upon payment or upon entry of discharge pursuant to 11 U.S.C. Section 1328(a).

  c. Paid as unsecured general claims.

| Year | Amount |
|---|---|
| Arizona State penalty | $ 1,015.95 |
| 2003 Federal income taxes | $ 142.11 |
| Federal penalty | $ 7,121.46 |

Debtors have filed all required tax returns and indicate that they do not have any domestic support obligations.

  10) All administrative costs and attorneys' fee balance of $2,500.00 to Asheton B. Call, P.C. will be paid under the Plan.

**IT IS ORDERED AS FOLLOWS:**

1) The Debtors' Plan is confirmed.

2) Dianne C. Kerns, 7320 North La Cholla, #154-413, Tucson, Arizona 85741, telephone number (520) 544-9094, is appointed Trustee.

3) The Debtors shall pay $975.00 per month for months 1 through 12, $1,175.00 per month for months 13 through 24, $1,375.00 per month for months 25 through 36, $1,575.00 per month for months 37 through 48 and $1,875.00 per month for months 49 through 60 in lump-sum payments to the Trustee on the 30th day of each month commencing October 30, 2008. The Trustee shall disburse such funds in accordance with the Plan, Chapter 13 of the Bankruptcy Code and Orders of the Court.

4) The costs and expenses of the Trustee: the Trustee shall charge such percentage fee as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. Section 586(e). The Trustee's fees and costs shall not exceed 10% of the Debtors' payments.

DATED:_____

_____
U.S. BANKRUPTCY COURT JUDGE

The foregoing approved as to
form and content by:

SIGNED BY
_____  EON: 4/14/01
DIANNE C. KERNS, TRUSTEE
PMB #413
7320 North La Cholla, #154
Tucson, Arizona 85741

_____
MARK S. BOSCO
Tiffany & Bosco, P.A.
2525 East Camelback Road, 3rd Floor
Phoenix, Arizona 85016

# ANALYSIS OF ORDER CONFIRMING PLAN

Debtors: BRIAN COBY SNOW and DONNA JEAN MARTIN     Case No. 4-08-bk-13294 PL EWH

Estimated length of Plan: 60 months.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES.**

| | | | |
|---|---|---|---|
| A. | TOTAL PRIORITY CLAIMS: | | |
| | 1. Unpaid attorney fees. | | $ 2,500.00 |
| | 2. Taxes | | $20,058.77 |
| | 3. Other | | $ None |
| B. | TOTAL OF PAYMENTS TO CURE DEFAULTS | | $ 6,534.77 |
| C. | TOTAL OF PAYMENTS ON SECURED CLAIMS.. | | $46,028.47 |
| D. | TOTAL OF PAYMENTS ON GENERAL UNSECURED CLAIMS. (Said amount may increase or decrease) | | $ 207.99 |
| E. | SUBTOTAL | | $75,330.00 |
| F. | TOTAL TRUSTEE'S COMPENSATION (10% of Debtor(s)' payments.) | | $ 8,370.00 |
| G. | TOTAL DEBT AND ADMINISTRATIVE EXPENSES | | $83,700.00 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CHAPTER 7 RECONCILIATION

H.  INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED.

| | | |
|---|---|---|
| 1. | Value of Debtor(s)' interest in non-exempt property | $ 9,756.76 |
| 2. | Plus value of property recoverable under avoiding powers | $ None |
| 3. | Less estimated Chapter 7 administrative expenses | $ 1,537.83 |
| 4. | Less amounts payable to priority creditors other than costs of administration | $20,058.77 |
| 5. | Equals estimated amount payable to general unsecured creditors if Chapter 7 filed | $ None |

I.  ESTIMATED DIVIDEND FOR GENERAL UNSECURED CREDITORS UNDER CHAPTER 7 ............ $ None

J.  ESTIMATED DIVIDEND UNDER PLAN ............ $ 207.99

\*\* **IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THE PLAN ANALYSIS, THE PROVISIONS OF THE PLAN AS CONFIRMED CONTROL.**